

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NOS. 2-07-058-CR
### 2-07-059-CR

JEROME M. HAMILTON                                    APPELLANT

V.

THE STATE OF TEXAS                                         STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motions To Dismiss Appeal." The motions comply with rule 42.2(a) of the rules of appellate procedure. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered before we received the motions, we grant the motions and dismiss the appeals. *See* TEX. R. APP. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL F:   GARDNER, J.; CAYCE, C.J.; and LIVINGSTON, J.

DO NOT PUBLISH
TEX. R. APP. P. 47.2(b)

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED: April 3, 2008